# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

EDNA CLONINGER, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE
OF THOMAS CLONINGER,
DECEASED, AND SAMANTHA OSBON

VERSUS

KEANDRE HILL, KENT & SMITH
HOLDINGS, LLC D/B/A KENT
ENERGY, ENVIRONMENTAL AND
MATERIAL SERVICES AND ZURICH
INSURANCE BROKERAGE
SERVICES, INC.

NO. 2020 CW 0924

CONSOLIDATED WITH

NO. 2020 CW 0943

DECEMBER 07, 2020

---

In Re:     Certain Underwriters at Lloyds, London and Kent &
           Smith Holdings, L.L.C., D/B/A Kent Energy,
           Environmental and Materials Services, applying for
           supervisory writs, 18th Judicial District Court,
           Parish of West Baton Rouge, No. 45471.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Const. Co.
v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981)
(per curiam) are not met.

                          **TMH**
                          **MRT**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
              FOR THE COURT